THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ricky Brannon, Appellant.
 
 
 

Appeal From Cherokee County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-313
Submitted June 1, 2008  Filed June 20,
 2008
AFFIRMED

 
 
 
 Appellate Defender Lanelle C. Durant, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Deborah R. J. Shupe , all of Columbia; and
 Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Ricky
 Brannon appeals his convictions for burglary in the first degree and grand
 larceny, arguing the trial court erred in admitting the testimony of a
 footprint analysis expert.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v.
 Schumpert, 312 S.C. 502, 507, 435 S.E.2d 859, 862 (1993) (Unless an objection is made at the time the evidence is
 offered and a final ruling made, the issue is not preserved for review.); State v. Wood, 362 S.C. 520, 526, 608 S.E.2d 435, 438 (Ct. App. 2004) (holding
 a party opposing the admission of evidence must object to the evidence when it
 is introduced because a motion in limine is not a final
 determination), cert. denied (Aug. 15, 2006); State v. Burton,
 326 S.C. 605, 611, 486 S.E.2d 762, 765 (Ct. App. 1997) (Unless an objection is
 made at the time the evidence is offered and a final ruling made, the issue is
 not preserved for review.).
AFFIRMED.
WILLIAMS, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.